UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHY GUERRA, Derivatively on behalf of EXCO RESOURCES, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> DOUGLAS H. MILLER, STEPHEN F. SMITH, JEFFREY D. BENJAMIN, VINCENT J. CEBULA, EARL E. ELLIS, B. JAMES FORD, MARK MULHERN, T. BOONE PICKENS, JEFFREY S. SEROTA and ROBERT L. STILLWELL, <br><br>             Defendants, <br><br>   and <br><br>  EXCO RESOURCES, INC., a Texas Corporation, <br><br>             Nominal Defendant. | Case Number 3-10CV2385-0 |

**AGREED MOTION FOR VOLUNTARY**
**<u>DISMISSALWITHOUT PREJUDICE</u>**

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(2), Plaintiff Kathy Guerra moves this Court voluntarily to dismiss this action, in its entirety, without prejudice, all parties to bear their own costs. Defendants agree to this Motion.

No opposing party has served an answer, a counterclaim, a cross-claim, or a motion for summary judgment in this action.  Plaintiff has not previously dismissed any federal or state court action based on or including the same claims as she asserted in this action against these defendants.

Plaintiff has not settled or compromised her derivative claims on behalf of EXCO Resources, Inc. ("EXCO").  Plaintiff received neither any offer of settlement nor any

consideration for dismissing her derivative claims on EXCO's behalf.  No benefit or advantage is lost to EXCO as a result of this voluntary dismissal without prejudice, and the dismissal is not a product of collusion between Plaintiff and any other party.  Rather, circumstances have occurred that Plaintiff concedes may render her claims moot.  Defendants contend that Plaintiff's claims are moot.

For the foregoing reasons, Plaintiff respectfully requests that this Court enter the accompanying proposed Agreed Order, dismissing this case, without prejudice, all parties to bear their own costs.

Dated: August 9, 2011         **ROGER F. CLAXTON**

/s Roger F. Claxton
   Roger F. Claxton
   State Bar No. 0432900
10000 North Central Expressway
Suite 725
Dallas, TX  75231
Tel: 214-969-9029
Fax: 214-953-0583

ATTORNEY FOR PLAINTIFF

OF COUNSEL:

**FARUQI & FARUQI, LLP**
Jacob A. Goldberg
Sandra G. Smith
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Tel: 215-277-5770
Fax: 215-277-5771
jgoldberg@faruqilaw.com
ssmith@faruqilaw.com

and

Nadeem Faruqi
Anthony Vozzolo
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

*Attorneys for Plaintiff Guerra*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of August, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

T. Ray Guy
Yolanda C. Garcia
Robert S. Velevis
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201

Michael Raiff
**GIBSON, DUNN & CRUTCHER, LLP**
2100 McKinney Avenue
Dallas, Texas 75201-6912

Shawn Raymond
J. Hoke Peacock, III
**SUSMAN GODFREY, LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

John J. Little
**LITTLE PEDERSEN FANKHAUSER, LLP**
901 Main St., Suite 4100
Dallas, TX 75202

            s/Roger F. Claxton
            Roger F. Claxton