## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| **KATHY GUERRA, Derivatively on behalf of EXCO RESOURCES, INC.,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **DOUGLAS H. MILLER, STEPHEN F. SMITH, JEFFREY D. BENJAMIN, VINCENT J. CEBULA, EARL E. ELLIS, B. JAMES FORD, MARK MULHERN, T. BOONE PICKENS, JEFFREY S. SEROTA, and ROBERT L. STILLWELL,** | § § § § § § § § § | **Civil Action No. 3:10-cv-2385-O** |
| **Defendants,** | § § | |
| **and** | § § | |
| **EXCO RESOURCES, INC., a Texas Corporation,** | § § § | |
| **Nominal Defendant.** | § § | |

### ORDER

Before the Court is the parties' Agreed Motion for Voluntary Dismissal Without Prejudice (ECF No. 44) filed on August 9, 2011.  Having considered the Motion, the Court finds that the Motion should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED,** without prejudice, all parties to bear their own costs.

**SO ORDERED** this **10th day** of **August, 2011.**

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**